# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Loni Sines**
        Plaintiff(s)

vs.                      **CASE NUMBER: 3:22-cv-805**

**Kilolo Kijakazi**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that the Commissioner's decision is REVERSED AND REMANDED FOR FURTHER PROCEEDINGS; and it is further ORDERED, that the Commissioner's motion for judgment on the pleadings (Dkt. No. 14) is DENIED, and plaintiff's motion for judgment on the pleadings (Dkt. No. 9) is GRANTED.

All of the above pursuant to the order of the Honorable **Christian F. Hummel**, dated June 27, 2023.

DATED: June 27, 2023

*[Signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk